PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

Report ... April 1, 2008

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 10 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ingrid Mary Vallot              Case Number: 2:07CR02032-005

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 6/11/2007              Type of Supervision: Probation

Original Offense: Conspiracy and Aiding and       Date Supervision Commenced: 6/11/2007
Abetting, 18 U.S.C. § 371 & 2

Original Sentence: Probation - 36 Months          Date Supervision Expires: 12/9/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

15    You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

### CAUSE

The petition for modification of the conditions of supervised release is made due to the defendant's history of illegal drug use. Ms. Vallot has been participating in intensive outpatient drug and alcohol treatment program at Merit Resource Services. Presently, Mr. Vallot is in compliance with her treatment program.

Ms. Vallot was advised of the potential impact this modification could have on her supervision, and she acknowledged this understanding verbally and with her signature.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 1, 2008

_____
Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

                                                */s/ Edward F. Shea*
                                            Signature of Judicial Officer

                                              4/9/08
                                              Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

15. You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

Witness: _____
Jose Zepeda
U.S. Probation Officer

Signed: _____
Ingrid Mary Vallot
Probationer or Supervised Releasee

April 1, 2008
Date